## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. *2:21·CR·253* |
| **Plaintiff,** | JUDGE *[signature]* |
| **v.** | **INFORMATION** |
| **CAMERON JERIMIAH LINDSEY,** | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | **18 U.S.C. § 924(a)(2)** |
| | **18 U.S.C. § 924(d)(1)** |
| | **21 U.S.C § 841(a)(1)** |
| | **21 U.S.C § 841(b)(1)(B)(vi)** |
| | **FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY ALLEGES:**

### COUNT ONE
**(Felon in Possession of a Firearm)**

1.     On or about July 15, 2021, in the Southern District of Ohio, Defendant **CAMERON JERIMIAH LINDSEY**, knowing that he had been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, to wit, one Taurus model G2C, 9mm, serial number ABG665417; one Taurus model PT111G2A, 9mm, serial number IC030619, said firearms having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

### COUNT TWO
**(Possession with Intent to Distribute Fentanyl)**

2.     On or about July 15, 2021, in the Southern District of Ohio, the defendant, **CAMERON JERIMIAH LINDSEY** did knowingly, intentionally, and without authority, possess with intent

to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidnyl] propanamide, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).**

## FORFEITURE ALLEGATION

The allegations contained in this Information are re-alleged and incorporated here by reference for the purpose of alleging forfeitures to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses alleged in this Information, Defendant **CAMERON JERIMIAH LINDSEY** shall forfeit to the United States his interest in any firearm and ammunition involved in or used in such offense, including, but not limited to, the following property seized on or about July 15, 2021, from 1487 Kenmore Road, Columbus, Ohio:

- One Taurus, model G2C, 9mm, serial number ABG665417;
- One Taurus, model PT111G2A, 9mm, serial number 1C030619;
- All associated ammunition;
- $21,606 in U.S. currency.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

KENNETH L. PARKER
United States Attorney

ELIZABETH A. GERAGHTY (0072275)
Assistant United States Attorney